**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

MAYDELIN MARTELL                              Case No.  6:26-01132-TPG
                                             Chapter  13

_____Debtor (s)_____ /

## DEBTOR'S NOTICE OF VOLUNTARY  DISMISSAL

Comes now, Maydelin Martell**,** ("Debtor") by and through the undersigned counsel, and

files this Debtor's Notice of Voluntary Dismissal of the Chapter 13 Bankruptcy Case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Debtor's  Voluntary

Dismissal of Case was emailed to via ECF to Laurie Weatherford, Chapter 13 Trustee at

ecfdailysummary@c13orl.com; Office of the US Trustee at USTPRegion21.TP.ECF@USDOJ.GOV

and the parties registered to receive electronic notices; and to all creditors in the attached service

list on this 20th day of May 2026.

_____          _____
Debtor / Date     06/05/2026                Joint Debtor /Date

Respectfully submitted,
By: */s/ Jessica Granados Chavez*
**Jessica Granados Chavez**
**Florida Bar No. 1018566**
***Counsel for Debtor***
**900 W. 49 Street, 422**
**Hialeah, FL. 33012**
**Tel. 305-362-6277**
**Fax 888-327-2399**
**E-Mail:** mail@delpinogranados.com

